UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK AURIGEMMA,

    Petitioner,

v.                                             CASE NO. 6:16-cv-1463-Orl-37KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This cause comes before the Court on Petitioner's handwritten document entitled "Replevin in Cepit" (Doc. 1). Petitioner allegations are difficult to decipher. Petitioner states that he is seeking a writ of replevin and/or rescission of a contract. *Id.* at 1-2. Furthermore, Petitioner contends that he "reserve[s] and retains all of his rights and liberties . . . from the time of his birth," cannot be compelled to enter into any contracts or commercial agreements, and argues that the state court does not have any authority over him. *Id.* at 2.

It is unclear under what cause of action Plaintiff seeks relief. Habeas corpus relief is available to a prisoner in custody pursuant to state court judgment who is challenging their conviction. *See* 28 U.S.C. § 2254(a). In contrast, 42 U.S.C. § 1983 authorizes federal courts to entertain a civil rights complaint when a prisoner argues that he has been deprived of a federal right by a person acting under color of state law. *See Griffin v. City of Opa-Locka*, 261 F. 3d 1295, 1303 (11th Cir. 2001).

The Court will therefore dismiss this case without prejudice to give Petitioner the opportunity to properly file his claims in a habeas corpus petition or civil rights complaint and to either pay the filing fee or submit an affidavit of indigency to the Court. Use of the correct forms will aid Petitioner in submitting the proper action, and the Court will send Petitioner the appropriate forms.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice. The Clerk is directed to enter Judgment and close the case.

2. The Clerk shall send to Petitioner a 28 U.S.C. § 2254 habeas corpus form, a civil rights complaint form, an affidavit of indigency form, and a prisoner consent form and financial certificate. If Petitioner chooses to pursue his claims, he may complete one or both of these forms. Petitioner, however, should not place the instant case number on the forms as this case will be closed. The Clerk will assign a separate case number in the event Plaintiff elects to pursue his claims.

**DONE AND ORDERED** in Orlando, Florida this 30th day of August, 2016.

ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-3 8/30
Frank Aurigemma